THE PEOPLE OF THE STATE OF NEW YORK ex rel. COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, Respondent, *v.* JOHN SKIDMORE, Appellant.

*People ex rel. Commissioner of Public Charities, City of New York, v. Skidmore,* 182 App. Div. 897, affirmed.

(Submitted April 9, 1919; decided April 29, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 18, 1918, which affirmed an order of the Court of Special Sessions of the city of New York adjudging the defendant to be the father of a bastard child and directing him to pay for the support and maintenance of said child and to file a bond conditioned for the performance of said order.

*John M. Wilson* for appellant.

*William P. Burr, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.